AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **v.** | ) |
| | ) Case No.   5:26-MJ-137 (ML) |
| | ) |
| | ) |
| **JAYCEE FLOYD, JR.** | ) |
| | ) |
| **Defendant** | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 3, 2026 in the county of Oswego in the Northern District of New York

the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 (a)(1) and 841(b)(1)(C) | Possession and Distribution of a Controlled Substance |

This criminal complaint is based on these facts:
See Attached Affidavit

☒      Continued on the attached sheet.

JACOB GARRETT
Digitally signed by JACOB GARRETT
Date: 2026.06.17 16:02:13 -04'00'

_____
*Complainant's signature*

Jacob Garrett, ATF Special Agent
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:      June 17, 2026
_____

_____
*Judge's signature*

City and State:      Binghamton, New York

Hon. Miroslav Lovric, U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF
A CRIMINAL COMPLAINT**

I, Jacob Garrett, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of a criminal complaint charging Jaycee FLOYD JR, the defendant, with violating Title 21, United States Code, Section 841(b)(1)(C) (possession and/or distribution of a controlled substance).

2.      I am the applicant herein and I am currently assigned to the Syracuse Field Office as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF").  I have been employed with ATF since May 2024. Prior to my employment with ATF, I was a commissioned officer in the United States Army. I attended and successfully completed the Chemical Basic Officer Leader's course and Chemical, Biological, Radiological, Nuclear Dismounted Reconnaissance Course at Fort Leonard Wood, Missouri. Following, I served in the 7th Brigade Engineer Battalion, 1st Brigade Combat Team, 10th Mountain Division (Light Infantry) and held various positions including Platoon Leader, Company Executive Officer, and Battalion Reconnaissance Officer. I graduated from Kean University, receiving a bachelor's degree in criminal justice. To become an ATF Special Agent, I attended and completed the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Brunswick, Georgia.  During this academy, I received training in and was tested on my knowledge of: law and criminal procedure relevant to the enforcement of violations of Title 18 and Title 21 of the United States Code; electronic and physical surveillance; controlled purchases of evidence; using confidential informants; interviewing suspects and other sources of information; field testing illegal drugs; executing search

and arrest warrants; processing evidence; and many other techniques used for the successful investigation and prosecution of criminal violations. I work with a team of experienced criminal investigators from the ATF, and I regularly liaise with members of other federal, state, and local law enforcement agencies with whom I consult and confer regarding criminal investigations. I have participated in numerous controlled purchases resulting in the recovery of firearms and illegal drugs. I have participated in the execution of several search warrants resulting in the recovery of firearms and illegal drugs. As a result of my training and experience, I am familiar with the language, conduct, and customs of people engaged in selling drugs. In addition to my above-mentioned experience, I have had the opportunity to speak with and observe other federal and state officers regarding the manner in which narcotics are unlawfully possessed, sold, and distributed. My training and experience, as well as information I have learned from other law enforcement officers, serves as the basis for any opinions or conclusions set forth below.

3.     I am an investigative, or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for the offenses enumerated in Title 18, 21, and 26 United States Code.  As an ATF Special Agent, I am authorized to seek and execute federal arrest and search warrants for Title 18 criminal offenses, Title 21 and Title 26 offenses, related to the unlawful possession and/or transfer of firearms.

4.     I based this affidavit on my personal knowledge from my participation in this investigation, conclusions based on my training and experience, and on information I have learned from the following sources:

a)      Review of Oral and Written Reports.

b)      Public records;

c)      Law enforcement databases;

d)      Evidence gathered through other law enforcement investigations.

5.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe Jaycee FLOYD Jr. has violated Title 21, United States Code, Section 841(b)(1)(C) (possession and/or distribution of a controlled substance).

## PROBABLE CAUSE

6.      On or about June 3, 2026, FLOYD sold an undercover law enforcement officer ("UC"), a quantity of crack cocaine. FLOYD agreed via phone call to make the sale, and directed the UC to a location in Fulton, New York.  The UC was equipped with recording devices and pre-recorded government funds.

7.      At the buy location, FLOYD met with the UC.  FLOYD sold the UC a clear plastic baggie with an off-white chunky substance. A field test was conducted, yielding a positive result for the presence of cocaine.  The weight of the cocaine base, including packaging, was 14.8 grams. The cocaine-based is pending laboratory testing.

8.      Based on the information described above, there is probable case to believe Jaycee FLOYD Jr. have violated Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) (distribution and possession with intent to distribute a controlled substance).  I respectfully request the Court authorize the filing of this complaint and issue an arrest warrant so that the defendant may be arrested and brought to court for further proceedings in accordance with the law.

3

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

JACOB
GARRETT

Digitally signed by JACOB
GARRETT
Date: 2026.06.17 16:02:35 -04'00'

Jacob Garrett
ATF Special Agent

I, the Honorable Miroslav Lovirc, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by video conference on June 17, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Miroslav Lovric
U.S. MAGISTRATE JUDGE

4